MAY TERM, 1790.

---

[12]                    BICKHAM v. DENNY.

After arbitrators have been appointed and met, too late to remove a cause by *habeas corpus*. A *habeas corpus* is too late after interlocutory judgment.

This case was originally commenced in the Court of Common Pleas of Gloucester county, and had there been referred to the decision of arbitrators, in December Term, 1790. The arbitrators had met twice and appointed a third meeting, when the counsel for Denny apprehending an unfavorable award, produced a *habeas corpus*. This was a motion to show cause why a *procedendo* should not be awarded.

*Stockton,* for plaintiff.

*Leake,* for defendant.

PER CURIAM. Let a *procedendo* issue. A man shall not be permitted in this manner to defeat a measure to which he

14

has consented, and which has been made a rule of court. A *habeas corpus* is too late after interlocutory judgment.

Rule absolute.

NOTE.—See the case of *Sharp* v. *Sinnickson, post.* See also *Wyate* v. *Markham, Barnes* 121; 2 *Sellon's Prac.* 268; 1 *Tidd's Prac.* 338-9.